# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139357
139358

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 139357
                                     COA: 282449

JERRY LEE McCOLLOUGH,
          Defendant-Appellant.
                                     Branch CC: 07-058780-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                       SC: 139358
                                     COA: 282450

BETH ANN McCOLLOUGH,
          Defendant-Appellant.
                                       Branch CC: 07-058781-FH

_____/

      On order of the Court, the applications for leave to appeal the April 9, 2009 judgment of the Court of Appeals are considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

                                     Clerk

p1021